# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BALMORE ALEXANDER VILLATORO,

    Petitioner,

vs.

ROBERT LEGRAND, *et al.*,

    Respondents.

Case No. 3:14-cv-00467-RCJ-WGC

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, filed by a Nevada state prisoner. On September 16, 2014, the court granted petitioner's motion for appointment of counsel, and appointed the Federal Public Defender to represent petitioner in this action (#3). On October 16, 2014, Ryan Norwood of the Federal Public Defender's Office appeared on behalf of petitioner (#7). The court now sets a schedule for further proceedings in this action.

    **IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have up to and including **April 10, 2015** to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have **thirty (30)** days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

Dated this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE